IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–03193–WJM–KMT

LAWRENCE SEIDMAN,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## ORDER

This matter is before the court on Defendant's "Unopposed Motion for Rule 35 Examination" [Doc. No. 28]. The Court has reviewed the motion and finds that the motion is unopposed and that defendant has shown that plaintiff has placed his physical condition in controversy. Therefore, the defendant has good cause for the proposed examination.

It is therefore **ORDERED**

Plaintiff is ordered to attend a physical examination with Barry Ogin, M.D. on July 30, 2015 at 4:00 p.m., located at 401 West Hampden Place, Suite 220, Englewood, Colorado 80110 and proceed according to the agreement of the parties as set forth in the motion.

Dated this 14th day of July, 2015.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge