IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03193-WYD

**LAWRENCE SEIDMAN**

Plaintiff

v.

**AMERICAN FAMILY MUTUAL INSURANCE COMPANY**

Defendant

**ORDER RE: DEFENDANT'S UNOPPOSED MOTION FOR RULE 35 EXAMINATION**

The Court has reviewed the defendant's Motion for Rule 35 Examination (Doc. No. 41), and finds that the Motion is unopposed and that defendant has shown that plaintiff has placed his physical condition in controversy and that defendant has good cause for the proposed examination. Plaintiff is ordered to attend a physical examination with Stephen A. Moe, M.D. on September 15, 2015 at 9:00 a.m., located at IME Inc. 6087 South Quebec Street, Suite 200, Centennial, Colorado 80111.

Date:   August 17, 2015

Kathleen M. Tafoya
United States Magistrate Judge