IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-03193-WJM-KMT | Date: | January 22, 2016 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                                                   *Counsel:*

LAWRENCE SEIDMAN,                                                     Daniel Kay

   Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE                   Jacquelyn Booker
COMPANY,

   Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

**9:51 a.m.**     **Court in session.**

Court calls case.  Appearances of counsel.

Discussion regarding Rule 30(b)(6) deposition topics notice, unreasonable delay and denial, and sanctions.

**ORDERED:**  **Plaintiff's Motion to Compel Defendant to Comply with the 30(b)(6) Deposition [50] is DENIED, for reasons stated on record, but subject to bringing another motion for additional hours with a 30(b)(6) witness if investigation of the cases list provided by Defendant but not submitted to Plaintiff's counsel until the night before the 30(b)(6) provides grounds as discussed.  Defendant is not required to provide any additional information to Plaintiff.**

**10:48 a.m.**     **Court in recess.**

Hearing concluded.
Total in-court time     00:57

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.